WILLIS B. SAYRE, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

·(Argued June 15, 1891; decided June 25, 1891.)

APPEAL from an award of the Board of Claims in favor of the respondent, made November 11, 1890.

The following is the opinion in full:

"The original award in this case was $3,000, and it was made March 9, 1886. Upon appeal from this award to this court, we modified it by increasing it to $8,136, and affirmed it as thus modified, with costs. The remittitur from this court was sent over to the Board of Claims and thereupon the board made new findings of fact and of law, and awarded to the claimant $10,657.55, which was made up of the $8,136, the interest thereon to the date of the award and the costs of the prior appeal. The attorney-general filed exceptions to this award and then brought this appeal therefrom to this court.

"The practice since the remittitur was sent down from this court has been quite irregular. Upon the prior appeal, we simply modified the prior award by increasing it. We made

no other alteration, not even changing the date. The effect of our decision was that the $8,136 should stand in the place of the $3,000, as of the same date. Thus it was the same award simply increased. The modified award would bear interest from the same date as the original award. If the claimant would have been entitled to interest upon the original award, he became entitled to interest upon the modified award from the same date. Upon the prior remittitur from this court, the prior award, without altering its date, must be increased to $8,136, and the claimant must have his costs of this appeal, and then if the financial officers of the state refuse to pay interest upon the award from its date, the claimant must take his remedy by mandamus, or by filing a new claim with the Board of Claims, for his interest. The question of interest will doubtless be disposed of in the same way as is usual with other awards made by the Board of Claims. That question is not before us now, and we make no other mention in reference thereto.

"The award appealed from must be reversed, with costs of appeal to be paid by the claimant."

*Charles F. Tabor, Attorney-General,* for appellant.

*Gabriel L. Smith* for respondent.

*Per Curiam* opinion for reversal.
All concur.
Award reversed.